IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL ESTRADA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED** | : : : : | **CIVIL ACTION** |
| v. | : : | NO. 12-604 |
| **MAGUIRE INSURANCE AGENCY, INC.** | : : | |

### NOTICE

**AND NOW,** this 21st day of May, 2012, the Rule 16 Conference scheduled for Wednesday, May 30, 2012 is **RESCHEDULED** for 11:00 a.m. on Wednesday, June 6, 2012, via telephone conference. Counsel shall consult Judge Goldberg's Policies and Procedures (available at http://www.paed.uscourts.gov) prior to the conference. Counsel for Plaintiff shall initiate the conference call prior to calling Chambers.

/s/ Mitchell S. Goldberg

_____
Carole J. Ludwig, Deputy Clerk
Judge Mitchell S. Goldberg