IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL ESTRADA, INDIVIDUALLY** | : | **CIVIL ACTION** |
| **AND ON BEHALF OF OTHERS** | : | |
| **SIMILARLY SITUATED** | : | |
| | : | |
| **v.** | : | **NO.  12-604** |
| | : | |
| **MAGUIRE INSURANCE AGENCY, INC.** | : | |

## ORDER

**AND NOW,** this 30th day of May, 2012, upon consideration of Plaintiff's "Motion for Leave to File a Reply to Defendant's Opposition to Plaintiff's Motion for Conditional Class Certification and Judicial Notice" (Doc. No. 21), it is hereby **ORDERED** that the Motion is **GRANTED**.  The Clerk of Court is directed to docket Plaintiff's Reply brief, which is attached to its Motion as an Exhibit, (Doc. No. 21, Attachment 1).

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
Mitchell S. Goldberg, J.