IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL ESTRADA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED | : : : | CIVIL ACTION |
| v. | : : : | |
| MAGUIRE INSURANCE AGENCY, INC. | : | NO. 12-604 |

## ORDER

**AND NOW**, this 6th day of June, 2012, following a preliminary scheduling conference, and upon the agreement of the parties, it is hereby **ORDERED** that:

1. On or before **June 20, 2012**, the parties shall submit a joint stipulation regarding the tolling of the statute of limitations period for the claims of potential collective action members.

2. On or before **June 20, 2012**, Plaintiff shall submit correspondence to the Court setting forth a proposed discovery schedule regarding conditional certification and Plaintiff's individual claim. Such submission shall specifically identify the information that will be sought during this discovery period.

3. On or before **July 9, 2012**, Defendant shall submit correspondence to the Court responding to Plaintiff's proposed discovery schedule.

BY THE COURT:

/s/ Mitchell S. Golderg

Mitchell S. Goldberg, J.