# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL ESTRADA, INDIVIDUALLY** | : | **CIVIL ACTION** |
| **AND ON BEHALF OF OTHERS** | : | |
| **SIMILARLY SITUATED** | : | |
| | : | |
| **v.** | : | **NO. 12-604** |
| | : | |
| **MAGUIRE INSURANCE AGENCY, INC.** | : | |

## ORDER

**AND NOW,** this 25th day of June, 2012, upon consideration of the parties' "Stipulated Tolling of the Statute of Limitations" for the claims of potential opt-in Plaintiffs in this matter, which the Court has approved, (Doc. No. 26), it is hereby **ORDERED** that Plaintiffs' "Motion for Conditional Certification and Judicial Notice" (Doc. No. 18), is **DENIED**, without prejudice.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

_____

**Mitchell S. Goldberg, J.**