IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL ESTRADA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED | : : : : | CIVIL ACTION |
| v. | : : | NO. 12-604 |
| MAGUIRE INSURANCE AGENCY, INC. | : | |

## ORDER

**AND NOW**, this    day of August, 2012, upon consideration of the parties' correspondence to the Court setting forth a proposed discovery schedule regarding conditional certification and Plaintiff's individual claim, it is hereby **ORDERED** that:

1. Discovery on Plaintiff's individual claim shall be completed by **December 21, 2012**.

2. Discovery on the appropriateness of conditionally certifying this case as a collective action under the Fair Labor Standards Act (FLSA) shall also be completed by **December 21, 2012**.

3. Conditional certification discovery shall be limited to the following topics:

    a. Defendant's employment policies and practices related to "Fast Track Claims Examiners" (Examiners), including any handbooks; rules; policies; guidelines; standards; practices; training materials; the identity of individuals who provided training; and general work schedule information, if any.

    b. The job duties of Examiners, including their settlement authorization; the categories of claims handled; the computer software used; and standards set forth by Defendant regarding how Examiners perform their duties.

      c.      The process by which Defendant makes determinations related to the FLSA classification of Examiners, including written discovery and/or a deposition of the individual responsible for making such determinations for Defendant.

      d.      Any inquiries made by Defendant as to the "exempt v. non-exempt" status of Examiners under the FLSA, including research performed or inquiries made to the Department of Labor.

      e.      The Defendant's corporate hierarchy.

4. Any motion for summary judgment regarding Plaintiff's individual claim shall be filed no later than **January 7, 2013**.  Responses to summary judgment motions, if any, shall be filed no later than **January 28, 2013**.

5. Plaintiff shall file a motion for conditional certification on **January 7, 2013**. Defendant's response shall be filed no later than **January 28, 2013**.

      **BY THE COURT:**

      **/s/ Mitchell S. Goldberg**

      _____
      **Mitchell S. Goldberg, J.**