IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ESTRADA, individually and on behalf of others similarly situated, <br><br> PLAINTIFF, <br><br> v. <br><br> MAGUIRE INSURANCE AGENCY, INC., <br><br> DEFENDANT. | CIVIL ACTION NO. 12-604 <br><br> JURY TRIAL DEMANDED |

### MOTION FOR WITHDRAWAL OF ATTORNEY IN CHARGE AND MEMORANDUM IN SUPPORT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

NOW COMES Caitlin Connors and Robert J. Wiley and asks this Court to allow Ms. Connors to withdraw as attorney in charge for Michael Estrada and to substitute Mr. Wiley as attorney for Mr. Estrada.

### INTRODUCTION

1. Plaintiff is Michael Estrada. Defendant is Maguire Insurance Agency, Inc.

2. Plaintiff sued Defendant for violating the Fair Labor Standards Act.

### ARGUMENT

3. There is good cause for this Court to grant the motion to withdraw because Caitlin Connors is no longer an attorney with Rob Wiley, P.C as of October 10, 2012.

4. Robert J. Wiley will be substituted as the attorney in charge for Plaintiff. His Texas bar number is 24013750 and he has been admitted in the Eastern District of Pennsylvania pro hac vice for this matter, and his office address, telephone number, and fax number are as follows:

   ROB WILEY, P.C.
   1825 Market Center Blvd., Ste. 385,
   Dallas, Texas 75207
   Telephone: (214) 528-6500
   Facsimile: (214) 528-6511

5. Local Counsel will continue to be James A. Bell, IV and Christopher A. Macey, Jr. with the following contact information:

   BELL & BELL LLP
   1617 John F. Kennedy Blvd. Ste. 1020
   Philadelphia, Pennsylvania 19103
   Telephone: (215) 569-2500
   Fax: (215) 569-2220

6. Michael Estrada approves the substitution. The withdrawal and substitution will not delay these proceedings.

## CONCLUSION

7. Caitlin Connors and Robert J. Wiley jointly request that Ms. Connors be withdrawn as counsel in this matter, and that Mr. Wiley be substituted and asks this Court to grant their joint motion.

Respectfully submitted,


By: */s/Robert J. Wiley*
*/s/Caitlin Connors*
Robert J. Wiley
Texas Bar No. 24013750
*Board Certified in Labor and Employment Law*
*Texas Board of Legal Specialization*
Caitlin Connors
Texas Bar No. 24064124

ROB WILEY, P.C.
1825 Market Center Blvd., Ste. 385,
Dallas, Texas 75207
Telephone: (214) 528-6500
Facsimile: (214) 528-6511
rwiley@robwiley.com


## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2012, I served a copy of this Motion on counsel for Defendants via the Court's CM/ECF system.

*/s/ Caitlin S. Connors*