IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ESTRADA, individually and on behalf of others similarly situated,<br><br>          PLAINTIFF,<br><br>     v.<br><br>MAGUIRE INSURANCE AGENCY, INC.,<br><br>          DEFENDANT. | CIVIL ACTION NO. 12-604<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING MOTION FOR WITHDRAWAL OF ATTORNEY IN CHARGE AND MEMORANDUM IN SUPPORT

After considering Caitlin Connors and Robert J. Wiley's motion for withdrawal of Ms. Connors as attorney in charge for Plaintiff Michael Estrada, the Court

GRANTS the motion to withdraw and ORDERS that Caitlin Connors be withdrawn as the attorney in charge and that Robert J. Wiley be substituted as attorney in charge for Plaintiff Michael Estrada.

SIGNED ON_____

                                        _____
                                        Hon. Mitchell S. Goldberg
                                        U.S. DISTRICT JUDGE