IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL ESTRADA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED | : : : : | CIVIL ACTION |
| v. | : : | NO. 12-604 |
| MAGUIRE INSURANCE AGENCY, INC. | : | |

## ORDER

**AND NOW,** this 9th day of October, 2012, upon consideration of the "Motion for Withdrawal of Attorney in Charge and Memorandum in Support" filed by Plaintiffs' counsel (Doc. No. 29), it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**