IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL ESTRADA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED | : : : : | CIVIL ACTION |
| v. | : : | NO. 12-604 |
| MAGUIRE INSURANCE AGENCY, INC. | : | |

**ORDER**

**AND NOW,** this 4th day of January, 2013, upon consideration of Plaintiff's "Agreed Motion to Exceed Page Limit" (Doc. No. 34), it is hereby **ORDERED** that the motion is **GRANTED**. Plaintiff may file a brief not to exceed thirty-five (35) pages in support of its Motions for Conditional Class Certification and Judicial Notice and Summary Judgment. Defendant may also file a brief not to exceed thirty-five (35) pages in response to Plaintiff's motions.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**