IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ESTRADA, individually and on behalf of others similarly situated,<br><br>       PLAINTIFF,<br><br>v.<br><br>MAGUIRE INSURANCE AGENCY, INC.,<br><br>       DEFENDANT. | CIVIL ACTION NO. 12-604<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR CONDITIONAL CLASS CERTIFICATION AND JUDICIAL NOTICE**

On this date came to be considered Plaintiff's Second Motion for Conditional Class Certification and Judicial Notice.  This Court finds that this Motion should be granted for good cause and in the interests of justice.

It is ORDERED that this action is conditionally certified as a FLSA collective action until further ordered by this Court.

It is ORDERED that Plaintiffs may, at their expense, notify potential class members of this action using the proposed Notice attached as an Exhibit to Plaintiffs' Second Motion for Conditional Class Certification and Judicial Notice and Brief in Support.

SO ORDERED this _____ day of _____, 201__,

                                                                                                               _____
                                                                                                               Hon. Mitchell S. Goldberg
                                                                                                               United States District Court Judge