IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ESTRADA, individually and on behalf of others similarly situated,<br><br>    PLAINTIFF,<br><br>v.<br><br>MAGUIRE INSURANCE AGENCY, INC.,<br><br>    DEFENDANT. | CIVIL ACTION NO.12-604<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL

After considering Plaintiff's motion to compel, the argument of counsel, and the competent evidence before the Court, the Court is of the opinion that said Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Defendant shall be compelled provide Plaintiff the opportunity to take a second deposition of its corporate representative.

IT IS FURTHER ORDERED that the Defendant shall pay the expenses of taking the second deposition of the corporate representative.

SO ORDERED this _____ day of _____, 20__

_____
Hon. Mitchell S. Goldberg
United States District Court Judge