<u>Skip to Main Content.</u>

# PHLY History



James J. Maguire
Founder and Chairman
Emeritus

James J. Maguire is the Founder and Chairman Emeritus of Philadelphia Consolidated Holding Corporation. In 1980, Mr. Maguire formed the Company, which today owns several subsidiaries including Maguire Insurance Agency, Inc., an insurance marketing company licensed in all states; Philadelphia Insurance Company, approved to write surplus lines insurance in all states; and Philadelphia Indemnity Insurance Company, its flagship company, licensed to write property and casualty insurance in all states.

The Maguire Insurance Agency was formed in 1962 and began offering specialized insurance solutions. In 1969, Maguire Insurance Agency landed its first nationwide account with Chevrolet dealers. This led to the creation of the innovative and comprehensive WHEELWAYS program for automobile dealers. On the strength of this program, the Maguire Insurance Agency expanded to 15 offices across the country by the mid-70's. The Company began operating as Philadelphia Insurance Companies (PHLY) in 1987 and two years later, started offering insurance to nonprofit social service agencies and health and fitness clubs -- two niches which remain at the core of its business. After going public in 1993, PHLY would eventually grow to offer coverage in over 80 niche business markets and employ 1,600 people in 50 offices across the country.

Mr. Maguire, a Korean War veteran, is a past member of the Board of Directors and Executive Committee for The Pennsylvania Insurance Federation. He was the first lay Chairman of the Board of Cabrini College and past Vice Chairman of the Board of Saint Joseph's University where he chaired the capital campaign which built the University's Chapel dedicated in 1992.

Mr. and Mrs. Maguire are founders & principal officers of The Maguire Foundation, a Philanthropic 501c3 whose mission is to support education and the arts at all levels and disciplines.

Under Mr. Maguire's leadership, his company was and continues to be active in providing support for various educational programs across the country.

Mr. Maguire is a graduate of Saint Joseph's University (1958). The Maguire's have been married for 55 years, and are residents of Chestnut Hill, PA for over 43 years. They are very proud of their 9 children and 21 grandchildren. Their oldest son, James J. Maguire, Jr., a graduate of Saint Joseph's University (BS) and Notre Dame University (MBA), assumed the position of President and CEO of Philadelphia Insurance Companies in October of 2002 and in February of 2010 he was named Chairman of the Board.

© 2012 Philadelphia Insurance Companies A Member of the Tokio Marine Group. One Bala Plaza, Suite 100, Bala Cynwyd, PA 19004 | Philadelphia Insurance Companies is the marketing name for the insurance company subsidiaries of the Philadelphia Consolidated Holding Corp., a Member of the Tokio Marine Group. Coverage(s) described may not be available in all states and are subject to Underwriting and certain coverage(s) may be provided by a surplus lines insurer. Surplus lines insurers do not generally participate in state guaranty funds and insureds are therefore not protected by such funds.