IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ESTRADA, individually and on behalf of others similarly situated, | |
| PLAINTIFF, | CIVIL ACTION NO. 12-604 |
| v. | JURY TRIAL DEMANDED |
| MAGUIRE INSURANCE AGENCY, INC., | |
| DEFENDANT. | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

After considering Plaintiff's Motion for Summary Judgment, the response and all other evidence on file, the Court:

FINDS that there is no genuine dispute of material fact. Therefore, the Court GRANTS the motion.

SO ORDERED this ____ day of _____, 201__,

_____
Hon. Mitchell S. Goldberg
United States District Court Judge

ORDER – Page 1