# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ESTRADA, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MAGUIRE INSURANCE AGENCY, INC.,<br><br>Defendant. | CIVIL ACTION NO. 12-604<br><br>FILED ELECTRONICALLY |

## PROPOSED ORDER

Upon consideration of Plaintiff Michael Estrada's Motion for Summary Judgment, Defendant Maguire Insurance Agency, Inc.'s Motion for Summary Judgment, and the entire record herein, it is this _____ day of _____, 2013,

HEREBY ORDERED that Plaintiff's Motion for Summary Judgment is **DENIED,** Defendant's Motion for Summary Judgment is **GRANTED**, and Plaintiff's Complaint is **DISMISSED** with prejudice.

_____
THE HONORABLE MITCHELL S. GOLDBERG

Dated: _____, 2013

Philadelphia, Pennsylvania

Copies to be mailed to:

Robert J. Wiley, Esq.
Jessica Cohen, Esq.
LAW OFFICE OF ROB WILEY, P.C.
1825 Market Center Blvd., Suite 385
Dallas, Texas 75207

Elise M. Bloom, Esq.
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036

Josh F. Alloy, Esq.
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004