IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL ESTRADA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED** | : : : : | **CIVIL ACTION** |
| **v.** | : : | **NO. 12-604** |
| **MAGUIRE INSURANCE AGENCY, INC.** | : | |

### ORDER

**AND NOW,** this 15th day of February, 2013, upon consideration of "Plaintiff's Motion for Leave to File a Reply to Defendant's Opposition to Plaintiff's Second Motion for Conditional Class Certification and Judicial Notice" (Doc. No. 45), it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk of Court is directed to docket Plaintiff's Reply brief, which has been considered in connection with this Court's determination. (Doc. No. 45, Ex. 1.)

                                                **BY THE COURT:**

                                                **/s/ Mitchell S. Goldberg**
                                                _____
                                                **Mitchell S. Goldberg, J.**