# EXHIBIT C

**EXHIBIT C – CORRECTED CHART OF PLAINTIFF'S TIME RECORDS***

| WEEK | DATE | FIRST ENTRY (APPS) | LAST ENTRY (APPS) | FIRST ENTRY (IMAGE RIGHT) | LAST ENTRY (IMAGE RIGHT) |
|---|---|---|---|---|---|
| Week 1 | 11/16/09 | 8:24 AM CST | 2:59 PM CST | 9:32:15 AM EST | 5:47:51 PM EST |
|  | 11/17/09 | 8:16 AM CST | 3:46 PM CST | 9:21:13 AM EST | 5:30:02 PM EST |
|  | 11/18/09 | 8:20 AM CST | 11:24 AM CST | 9:25:18 AM EST | 5:53:05 PM EST |
|  | 11/19/09 | 8:24 AM CST | 8:24 AM CST | 9:30:24 AM EST | 4:36:24 PM EST |
|  | 11/20/09 | 8:21 AM CST | 3:09 PM CST | 9:28:11 AM EST | 5:25:20 PM EST |
|  |  |  |  | **Total Hours Worked (less 1 hour lunch break each day): 35 hours and 26 minutes** | |
| Week 2 | 2/1/10 | 8:25 AM CST | 3:24 PM CST | 9:31:19 AM EST | 5:52:01 PM EST |
|  | 2/2/10 | 8:18 AM CST | 3:06 PM CST | 9:26:16 AM EST | 5:40:26 PM EST |
|  | 2/3/10 | 8:18 AM CST | 8:18 AM CST | 9:37:28 AM EST | 5:18:57 PM EST |
|  | 2/4/10 | 8:16 AM CST | 12:44 PM CST | 9:20:26 AM EST | 5:56:37 PM EST |
|  | 2/5/10 | 8:18 AM CST | 8:18 AM CST | 9:28:54 AM EST | 5:30:50 PM EST |
|  |  |  |  | **Total Hours Worked (less 1 hour lunch break each day): 36 hours and 41 minutes** | |
| Week 3 | 2/22/10 | 8:20 AM CST | 4:27 PM CST | 9:26:15 AM EST | 5:47:03 PM EST |
|  | 2/23/10 | 8:50 AM CST | 2:22 PM CST | 9:59:06 AM EST | 5:57:09 PM EST |
|  | 2/24/10 | 8:15 AM CST | 4:56 PM CST | 9:26:57 AM EST | 5:37:02 PM EST |
|  | 2/25/10 | 8:16 AM CST | 12:32 PM CST | 9:19:20 AM EST | 5:41:36 PM EST |
|  | 2/26/10 | 8:21 AM CST | 12:50 PM CST | 9:31:35 AM EST | 5:05:14 PM EST |
|  |  |  |  | **Total Hours Worked (less 1 hour lunch break each day): 36 hours and 5 minutes** | |
| Week 4 | 3/8/10 | 8:19 AM CST | 10:32 AM CST | 9:28:52 AM EST | 5:09:40 PM EST |
|  | 3/9/10 | 8:15 AM CST | 8:15 AM CST | 9:47:14 AM EST | 5:51:21 PM EST |
|  | 3/10/10 | 8:19 AM CST | 8:19 AM CST | 9:37:52 AM EST | 6:02:05 PM EST |
|  | 3/11/10 | 8:21 AM CST | 3:56 PM CST | 9:35:08 AM EST | 5:34:29 PM EST |
|  | 3/12/10 | 8:17 AM CST | 8:17 AM CST | 10:00:21 AM EST | 5:23:43 PM EST |
|  |  |  |  | **Total Hours Worked (less 1 hour lunch break each day): 36 hours and 28 minutes** | |

* Plaintiff's regularly scheduled work hours were from 8:30 a.m. to 5:00 p.m. Central Standard Time, with a one hour lunch break which he took each day. While the APPS records are all in Central Standard Time, the Image Right records are in Eastern Standard Time.