# EXHIBIT B

(ORDER LIST: 569 U.S.)

MONDAY, APRIL 1, 2013

CERTIORARI -- SUMMARY DISPOSITIONS

12-165  RBS CITIZENS, N.A., ET AL. V. ROSS, SYNTHIA G., ET AL.

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Seventh Circuit for further consideration in light of *Comcast Corp.* v. *Behrend*, 569 U.S. ___ (2013).

12-322  WHIRLPOOL CORP. V. GLAZER, GINA, ET AL.

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Sixth Circuit for further consideration in light of *Comcast Corp.* v. *Behrend*, 569 U.S. ___ (2013).

ORDERS IN PENDING CASES

12M103  MACHARIA, NYAHUMA K. V. DAMOUR, SUSAN B., ET AL.

12M104  NIXON, KERRY L. V. RECTOR, JAMES, ET AL.

12M105  RAWLINGS, CHARLES V. BALTIMORE, MD, ET AL.

The motions to direct the Clerk to file petitions for writs of certiorari out of time are denied.

11-798  AM. TRUCKING ASSN., INC. V. LOS ANGELES, CA, ET AL.

The motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument is granted.

11-10189  TREVINO, CARLOS V. THALER, DIR., TX DCJ

The motion of petitioner for appointment of counsel is



# SUPREME COURT
## OF THE UNITED STATES

No. 12-165
Title:          RBS Citizens, N.A., dba Charter One, et al., Petitioners
                v.
                Synthia G. Ross, et al.

Docketed:        August 3, 2012
Linked with 11A1222
Lower Ct:        United States Court of Appeals for the Seventh Circuit
  Case Nos.:      (10-3848)
  Decision Date:  January 27, 2012
  Rehearing Denied: April 3, 2012

~~~Date~~~  ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~~~~~

Jun 20 2012  Application (11A1222) to extend the time to file a petition for a writ of certiorari from July 2, 2012 to August 1, 2012, submitted to Justice Kagan.
Jun 21 2012  Application (11A1222) granted by Justice Kagan extending the time to file until August 1, 2012.
Aug 1 2012   Petition for a writ of certiorari filed. (Response due September 3, 2012)
Aug 7 2012   Waiver of right of respondents Synthia G. Ross, et al. to respond filed.
Aug 15 2012  DISTRIBUTED for Conference of September 24, 2012.
Aug 22 2012  Response Requested . (Due September 21, 2012)
Sep 21 2012  Brief amici curiae of Retail Litigation Center, Inc., et al. filed.
Sep 21 2012  Brief of respondents Synthia G. Ross, et al. in opposition filed.
Oct 1 2012   Reply of petitioners RBS Citizens, N.A., dba Charter One, et al. filed. (Distributed)
Oct 3 2012   DISTRIBUTED for Conference of October 26, 2012.
Mar 27 2013  DISTRIBUTED for Conference of March 29, 2013.
Apr 1 2013   Petition GRANTED. Judgment VACATED and case REMANDED for further consideration in light of Comcast Corp. v. Behrend, 569 U.S. ___ (2013).

| ~~Name~~ | ~~Address~~ | ~~Phone~~ |
|---|---|---|
| **Attorneys for Petitioners:** | | |
| Mark D. Harris | Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY  10036-8299<br>mharris@proskauer.com | (212) 969-3530 |

Party name: RBS Citizens, N.A., dba Charter One, et al.

| | | |
|---|---|---|
| **Attorneys for Respondents:** | | |
| Brendan J. Donelon<br>  Counsel of Record | Donelon PC<br>420 Nichols Road, Ste. 200<br>Kansas City, MO  64105<br>brendan@donelonpc.com | (816)-221-7100 |

http://www.supremecourt.gov/Search.aspx?FileName=/docketfiles/12-165.htm

Party name: Synthia G. Ross, et al.

**Other:**

| | | |
|---|---|---|
| Theane Evangelis Kapur | Gibson, Dunn & Crutcher, LLP<br>333 South Grand Ave., 48th Floor<br>Los Angeles, CA  90071<br>tkapur@gibsondunn.com | (213) 229-7000 |

Party name: Retail Litigation Center, Inc., et al.