IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ESTRADA, individually and on behalf of others similarly situated,<br><br>                              Plaintiff,<br><br>            v.<br><br>MAGUIRE INSURANCE AGENCY, INC.,<br><br>                             Defendant. | Civil Action No.: 12-604<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of the Court and all parties of record:

Please enter the appearance of Amy R. Covert of Proskauer Rose LLP as counsel of record in this case for Defendant Maguire Insurance Agency, Inc.

I certify that I am admitted to practice in this Court.

                                                                **PROSKAUER ROSE LLP**

Dated:        New York, NY          By: /s/ Amy R. Covert
                  September 4, 2013    Counsel for Defendant Maguire Insurance Agency, Inc.
                                                    I.D. No. 77186
                                                    Eleven Times Square
                                                    New York, NY 10036-8299
                                                    Phone: (212) 969-3531
                                                    Fax: (212) 969-2900

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ESTRADA, individually and on behalf of others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MAGUIRE INSURANCE AGENCY, INC.,<br><br>　　　　　　　　　　　　Defendant. | Civil Action No.: 12-604 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of September, 2013, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using CM/ECF and that such document is also being served this day on all counsel of record via electronic filing.

　　　　　　　　　　　　　　　　　　　　**PROSKAUER ROSE LLP**

Dated:　　New York, NY　　　　By: /s/ Amy R. Covert
　　　　　September 4, 2013　　　Counsel for Defendant Maguire Insurance Agency, Inc.
　　　　　　　　　　　　　　　　　I.D. No. 77186
　　　　　　　　　　　　　　　　　Eleven Times Square
　　　　　　　　　　　　　　　　　New York, NY 10036-8299
　　　　　　　　　　　　　　　　　Phone: (212) 969-3531
　　　　　　　　　　　　　　　　　Fax: (212) 969-2900