IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL ESTRADA, INDIVIDUALLY** | : | **CIVIL ACTION** |
| **AND ON BEHALF OF OTHERS** | : | |
| **SIMILARLY SITUATED** | : | |
| | : | |
| v. | : | **NO. 12-604** |
| | : | |
| **MAGUIRE INSURANCE AGENCY, INC.** | : | |

## ORDER

**AND NOW,** this 7th day of October, 2013, upon consideration of "Plaintiff's Second Motion for Conditional Class Certification and Judicial Notice" (Doc. No. 36), "Plaintiff's Rule 37 Motion to Compel" (Doc. No. 37), "Defendant Maguire Insurance Agency, Inc.'s Motion for Summary Judgment" (Doc. No. 38) and "Plaintiff's Motion for Summary Judgment and Brief in Support" (Doc. No. 39), it is hereby **ORDERED** that oral argument on these motions will be held on **Thursday, October 31, 2013** at **3:00 p.m.**

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**