IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL ESTRADA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED | : : : : | CIVIL ACTION |
| v. | : : | NO. 12-604 |
| MAGUIRE INSURANCE AGENCY, INC. | : | |

## NOTICE

**AND NOW,** this 9th day of October, 2013, by the agreement of counsel, the oral argument scheduled for Thursday, October 31, 2013, will begin at **2:00 p.m.**


/s/ Carole J. Ludwig
_____
**Carole J. Ludwig, Civil Deputy to
The Honorable Mitchell S. Goldberg**