# EXHIBIT 1

6/12/2012
1 of 1

# Philadelphia Insurance Companies
## Claims Metrics Report
### As of 1/30/2011

| ExaminerGroup | Examiner | PEND | RO | SUITS | RESERVES | OMTD | CMTD | MCR | OLM | CLM | LMCR | O12M | C12M | MCR12 | CWNP | CWNP12M | IPCO | IPCAM | IPCA12M | NTSPRD | NTSM | NTSDA12M | DIARY | DIARYOVR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| American Specialty | | 206 | 62 | 1 | $13,580,028 | 9 | 24 | 156% | 9 | 30 | 333% | 170 | 327 | 192% | 1 | 60 | 206 | 0 | 8 | 15 | 275 | 20 | 34 | 187 |
| Commercial Auto | | 2,786 | 973 | 465 | $144,766,535 | 594 | 650 | 104% | 536 | 714 | 133% | 9,048 | 8,449 | 109% | 131 | 1,803 | 33 | 1 | 3 | 638 | 12,247 | 419 | 3,481 | 132 |
| Fast Track Auto | | 1,339 | 207 | 65 | $7,240,742 | 2,077 | 2,121 | 102% | 2,031 | 2,089 | 103% | 23,246 | 23,271 | 100% | 377 | 4,760 | 10 | 0 | 8 | 193 | 19,318 | 723 | 1,145 | 248 |
| | AUSTIN,K | 1 | 0 | 2 | $16,877.74 | 5 | 6 | 120% | 6 | 7 | 117% | 544 | 545 | 100% | 0 | 10 | 0 | 0 | 0 | 4 | 137 | 13 | 0 | 0 |
| | BALDWIN,S | 35 | 1 | 0 | $75,898.00 | 93 | 92 | 99% | 76 | 69 | 91% | 214 | 183 | 86% | 6 | 16 | 1 | 0 | 0 | 18 | 674 | 28 | 39 | 0 |
| | BALIK,T | 16 | 36 | 32 | $753,718.71 | 2 | 7 | 350% | 1 | 9 | 900% | 71 | 114 | 163% | 1 | 7 | 0 | 0 | 2 | 12 | 232 | 17 | 37 | 4 |
| | CAMPBELL, A. | 85 | 6 | 2 | $350,294.05 | 123 | 104 | 85% | 103 | 98 | 95% | 1,570 | 1,586 | 101% | 22 | 334 | 0 | 0 | 0 | 33 | 723 | 40 | 20 | 56 |
| | COUMBE, W. | 88 | 17 | 5 | $508,134.27 | 127 | 138 | 109% | 151 | 178 | 118% | 1,090 | 1,703 | 101% | 37 | 557 | 0 | 0 | 0 | 0 | 372 | 23 | 81 | 26 |
| | CROSS,D | 31 | 9 | 0 | $1,232,343.38 | 63 | 80 | 123% | 53 | 64 | 121% | 1,073 | 1,116 | 104% | 7 | 139 | 0 | 0 | 0 | 60 | 777 | 64 | 40 | 0 |
| | CUPCHAK,K | 55 | 0 | 0 | $127,094.15 | 82 | 62 | 76% | 75 | 74 | 99% | 224 | 192 | 86% | 13 | 24 | 0 | 0 | 0 | 55 | 950 | 25 | 40 | 16 |
| | DIRAMO, L | 35 | 0 | 0 | $46,158.00 | 268 | 241 | 90% | 174 | 181 | 104% | 3,357 | 3,349 | 100% | 28 | 645 | 0 | 0 | 0 | 0 | 900 | 50 | 50 | 4 |
| | DEVENNY, B | 31 | 31 | 8 | $733,912.51 | 71 | 95 | 134% | 83 | 109 | 131% | 1,560 | 1,625 | 104% | 17 | 324 | 7 | 0 | 0 | 12 | 537 | 42 | 39 | 1 |
| | ESTRADA,M | 88 | 19 | 1 | $621,134.04 | 85 | 90 | 106% | 95 | 90 | 95% | 961 | 983 | 100% | 14 | 231 | 0 | 0 | 0 | 35 | 786 | 40 | 3 | 22 |
| | FALCONI,D | 65 | 5 | 1 | $131,902.75 | 99 | 145 | 146% | 141 | 144 | 116% | 1,271 | 1,299 | 102% | 28 | 267 | 1 | 0 | 0 | 0 | 1,178 | 52 | 54 | 13 |
| | GRANROTH,R | 44 | 3 | 0 | $44,422.75 | 86 | 86 | 100% | 94 | 75 | 80% | 257 | 211 | 82% | 20 | 37 | 2 | 0 | 1 | 37 | 832 | 15 | 47 | 0 |
| | GRIFFIN,T | 109 | 12 | 7 | $543,992.51 | 152 | 153 | 101% | 148 | 165 | 111% | 1,614 | 1,616 | 100% | 28 | 327 | 0 | 0 | 0 | 80 | 1,538 | 68 | 108 | 2 |
| | GUILLUMIN,N | 63 | 4 | 0 | $148,353.46 | 127 | 135 | 106% | 150 | 156 | 104% | 1,135 | 1,137 | 100% | 25 | 190 | 0 | 0 | 0 | 66 | 948 | 43 | 80 | 6 |
| | HAYES,S | 69 | 2 | 0 | $316,303.58 | 84 | 80 | 95% | 78 | 72 | 92% | 934 | 924 | 99% | 17 | 240 | 2 | 1 | 1 | 38 | 831 | 37 | 53 | 31 |
| | HERNANDEZ,A | 35 | 9 | 0 | $45,698.67 | 100 | 97 | 97% | 69 | 51 | 74% | 90 | 58 | 64% | 10 | 2 | 0 | 0 | 0 | 60 | 700 | 30 | 34 | 0 |
| | HERNANDEZ,S | 88 | 1 | 0 | $250,268.05 | 135 | 117 | 87% | 128 | 135 | 105% | 1,371 | 1,310 | 96% | 30 | 353 | 0 | 0 | 0 | 114 | 1,596 | 78 | 77 | 0 |
| | IPPOLITO,M | 39 | 3 | 0 | $727,398.00 | 65 | 57 | 88% | 56 | 55 | 98% | 1,054 | 1,081 | 103% | 12 | 241 | 0 | 0 | 0 | 34 | 525 | 34 | 27 | 0 |
| | MANNING,V | 85 | 2 | 0 | $591,637.27 | 74 | 78 | 105% | 65 | 40 | 62% | 719 | 696 | 97% | 10 | 162 | 0 | 1 | 1 | 43 | 739 | 40 | 73 | 43 |
| | OLLER,D | 82 | 3 | 1 | $441,553.77 | 85 | 98 | 115% | 93 | 68 | 73% | 805 | 867 | 97% | 27 | 191 | 1 | 1 | 1 | 75 | 1,252 | 34 | 86 | 0 |
| | RINIER, J. | 8 | 10 | 2 | $144,047.48 | 0 | 3 | 300% | 0 | 3 | 300% | 150 | 172 | 115% | 2 | 20 | 0 | 0 | 0 | 33 | 585 | 28 | 17 | 0 |
| | SCHRAMM, K. | 115 | 28 | 4 | $370,770.42 | 106 | 116 | 109% | 152 | 156 | 118% | 1,458 | 1,434 | 98% | 15 | 254 | 0 | 0 | 0 | 60 | 880 | 55 | 74 | 45 |
| | SHANKAR,J | 0 | 0 | 0 | $0.00 | 0 | 0 | 0% | 1 | 1 | 100% | 26 | 30 | 115% | 0 | 14 | 0 | 0 | 0 | 49 | 670 | 30 | 1 | 0 |
| | SMITH,J | 36 | 6 | 0 | $107,248.06 | 45 | 41 | 91% | 59 | 61 | 103% | 1,048 | 1,065 | 102% | 8 | 164 | 2 | 1 | 1 | 30 | 515 | 44 | 19 | 14 |
| General Liability | | 9,634 | 1,516 | 3,560 | $534,704,627 | 1,561 | 1,487 | 95% | 1,314 | 2,707 | 113% | 21,964 | 21,256 | 97% | 213 | 11,181 | 73 | 1 | 1 | 1,398 | 25,748 | 912 | 10,141 | 159 |
| Professional Liability | | 4,283 | 433 | 1,238 | $176,213,404 | 331 | 407 | 77% | 621 | 893 | 113% | 6,716 | 6,050 | 90% | 282 | 4,369 | 2 | 1 | 1 | 488 | 7,489 | 288 | 3,376 | 608 |
| Property | | 2,921 | 771 | 78 | $394,072,177 | 1,187 | 1,000 | 84% | 1,122 | 1,404 | 125% | 15,434 | 18,501 | 100% | 187 | 2,819 | 12 | 0 | 8 | 542 | 10,890 | 411 | 2,493 | 324 |
| Subro | | 0 | 4 | 3 | $26,394 | 0 | 8 | 0% | 0 | 0 | 0% | 8 | 1 | 100% | 0 | 0 | 0 | 5 | 8 | 113 | 2,498 | 118 | 1 | 0 |
| Unknown | | 180 | 2 | 0 | $14,360 | 196 | 57 | 29% | 41 | 78 | 128% | 1,038 | 1,464 | 141% | 54 | 1,318 | 23 | 0 | 8 | 332 | 3,053 | 337 | 0 | 35 |
| | | 21,193 | 3,817 | 6,608 | $1,312,613,223 | 6,163 | 5,734 | 93% | 5,798 | 6,607 | 114% | 76,657 | 76,319 | 100% | 1,645 | 76,141 | 360 | 0 | 2 | 4,565 | 66,723 | 2865 | 20,742 | 1,870 |

PEND - Files in Open Status
RO - Files in Reopen Status
SUITS - Reopen Files where Lawsuit Exists
RESV - Reserves on File in Open/Reopen Status
OMTD - Open Files Month to Date
CMTD - Closed Files Month to Date
MCR - Month Closing Ratio
OLM - Open Last Month
CLM - Closed Last Month
LMCR - Last Month Closing Ratio
O12M - Files in Open/Reopen Status for past 12 months

C12M - Files Closed for the past 12 months
MCR12 - Closing Ratio for the past 12 months, **If OLM is 0, then MCR12 assumes it is 1
CWNP - Closed with No Payments last month
CWNP12M - Closed with No Payments in the Past 12 months
IPCO - Initial Policyholder Contact Outstanding
IPCAM - Initial Policyholder Contact Average for month
IPCAM12M - Initial Policyholder Contact Average for 12 months
NTSM - Notes Created by Examiner in the current Month
NTSPRD - Notes Created by Examiner for Previous Day
DIARYOVR - Claims where diary exceed due date
DIARY - Open and ReOpen Diaries

CONFIDENTIAL

MAG-000294-A