# EXHIBIT 5

| Claim Number | Notes | Examiner |
|---|---|---|
| PHCO11020527305 | Rec IA 1st &amp; 2nd report Cause of loss: Ice Dam on the roof causing water damage to the interior. Damage to three units. Bylaws state we will pay for the damaged to the unit except for improvement or betterments are the unit owners. The IA est $14,612.48 less rec dep of $1,134.33Less insd $2,500 deduct = net $10,978.15Insd is in agreement with the ia est. Paying insd. paying ia service invoice. closing file. | Granroth |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHME09120438867 | Recvd IV appr in the amnt of $1,827.19. Less $1K coll deduct, payment is $827.19. Paid. | Campbell |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHNP11050553413 | recd iv appr total $3462.11 less $1k ded and $260.15 tax = $2201.96 pd INS emailed report  pd appr $120.50 | Falcone |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHNP10120514932 | IV appr est for $ 1,307.15 - $1000 coll deduct = net $307.15  request payment authority | Granroth |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHNP10120514678 | OV est for $729.29 request payment authority | Granroth |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHFP11120604282 | Rec'd app for iv in the amt of $1,950.41 less $1000 ded = $950.41. Issued coll pymt. Insured driver stated that he already paid to have cv repaired. The vehicle is being picked up today. He will e mail invoice to me | Schramm |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHDY11120603941 | Rec'd appraisal from Advance Appraisal for IV. Already paid insured based off of appraisal from Greene Company. | Schramm |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHFP09110430159 | *received supplement from the claimant/appraisal company...scanned to file 299.09 issuing payment to the claimant...per invoice appears the claimant paid for supplement out of pocket | Hayes |