# EXHIBIT 2

# Philadelphia Insurance Companies
## Claims Metrics Report
### As of 1/30/2011

| ExaminerGroup | Examiner | PEND | RO | SUITS | RESERVES | OMTD | CMTD | MCR | OLM | CLM | LMCR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| American Specialty | | 206 | 62 | 1 | $19,560,026 | 9 | 14 | 156% | 9 | 30 | 333% |
| Commercial Auto | | 2,768 | 923 | 665 | $186,766,595 | 594 | 650 | 109% | 536 | 714 | 133% |
| Fast Track Auto | | 1,339 | 207 | 65 | $7,240,743 | 2,077 | 2,131 | 103% | 2,031 | 2,003 | 100% |
| | AUSTIN,R | 1 | 0 | 2 | $16,877.74 | 5 | 6 | 120% | 6 | 7 | 117% |
| | BALDWIN,S | 35 | 1 | 0 | $75,888.00 | 93 | 92 | 99% | 76 | 69 | 91% |
| | BALDR,T | 16 | 36 | 32 | $753,718.71 | 2 | 7 | 350% | 1 | 9 | 900% |
| | CAMPBELL, A. | 85 | 6 | 2 | $259,294.92 | 123 | 104 | 85% | 103 | 98 | 95% |
| | COUMBE, W. | 88 | 17 | 5 | $308,134.27 | 127 | 139 | 109% | 151 | 178 | 118% |
| | CROSS, D | 51 | 9 | 0 | $1,252,343.58 | 63 | 80 | 127% | 53 | 64 | 121% |
| | CUPCHAK,K | 35 | 0 | 0 | $127,094.15 | 82 | 62 | 76% | 73 | 74 | 99% |
| | DIRAMO, J. | 58 | 0 | 0 | $46,158.00 | 268 | 241 | 90% | 174 | 181 | 104% |
| | DEVENNY,B | 71 | 31 | 8 | $733,312.51 | 71 | 95 | 134% | 83 | 109 | 131% |
| | ESTRADA,M | 48 | 19 | 1 | $621,134.08 | 85 | 90 | 106% | 95 | 90 | 95% |
| | FALCONI,D | 65 | 5 | 1 | $131,302.75 | 99 | 145 | 146% | 141 | 144 | 116% |
| | GRANROTH,R | 44 | 3 | 0 | $44,422.75 | 86 | 86 | 100% | 94 | 75 | 80% |
| | GRIFFIN,T | 109 | 12 | 7 | $340,992.51 | 152 | 153 | 101% | 148 | 165 | 111% |
| | GUILLIMIN,N | 63 | 4 | 0 | $148,153.46 | 127 | 135 | 106% | 150 | 156 | 104% |
| | HAYES,E | 69 | 2 | 0 | $316,303.58 | 84 | 80 | 95% | 78 | 72 | 92% |
| | HERNANDEZ,A | 35 | 9 | 0 | $45,698.67 | 100 | 97 | 97% | 69 | 51 | 74% |
| | HERNANDEZ,S | 88 | 1 | 0 | $230,264.05 | 135 | 117 | 87% | 128 | 135 | 105% |
| | IPPOLITO,M | 39 | 3 | 0 | $229,398.00 | 65 | 57 | 88% | 56 | 55 | 98% |
| | MANNING,V | 83 | 2 | 0 | $551,857.27 | 74 | 78 | 105% | 65 | 40 | 62% |
| | OLLER,G | 82 | 3 | 1 | $441,353.77 | 85 | 98 | 115% | 93 | 68 | 73% |
| | RHEIN, J. | 8 | 10 | 2 | $144,047.48 | 0 | 4 | 400% | 0 | 3 | 500% |
| | SCHRAMM, K. | 115 | 28 | 4 | $330,770.62 | 106 | 116 | 109% | 132 | 150 | 119% |
| | SHABKAS,J | 0 | 0 | 0 | $0.00 | 0 | 0 | 0% | 1 | 1 | 100% |
| | SMITH,J | 36 | 6 | 0 | $107,248.06 | 45 | 41 | 91% | 59 | 61 | 101% |
| General Liability | | 9,634 | 1,514 | 3,560 | $554,784,627 | 2,541 | 2,487 | 98% | 1,516 | 3,707 | 113% |
| Professional Liability | | 4,233 | 433 | 1,128 | $176,221,604 | 531 | 407 | 77% | 521 | 691 | 133% |
| Property | | 2,831 | 171 | 78 | $194,072,177 | 1,187 | 1,004 | 84% | 1,122 | 1,404 | 125% |
| Subro | | 0 | 4 | 1 | $26,344 | 0 | 0 | 0% | 0 | 0 | 0% |
| Unknown | | 150 | 3 | 0 | $14,360 | 396 | 57 | 39% | 61 | 78 | 128% |
| | | 21,193 | 3,317 | 6,608 | $1,112,620,228 | 6,158 | 5,734 | 93% | 6,796 | 6,607 | 114% |

| ExaminerGroup | Examiner | QI2M | CI2M | MCR12 | CWNP | CWNP12M | IPCO | IPCAM | IPCA12M | NTSPRD | NTSM | NTSDA12M | DIARY | DIARYOVR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| American Specialty | | 170 | 337 | 192% | 1 | 60 | 206 | 0 | 0 | 35 | 275 | 20 | 34 | 187 |
| Commercial Auto | | 8,048 | 8,449 | 105% | 121 | 1,833 | 33 | 1 | 3 | 628 | 32,247 | 419 | 3,451 | 112 |
| Fast Track Auto | | 23,244 | 23,273 | 100% | 377 | 4,760 | 18 | 0 | 0 | 992 | 19,210 | 723 | 1,145 | 245 |
| | AUSTIN,R | 544 | 545 | 100% | 0 | 10 | 0 | 0 | 0 | 4 | 137 | 15 | 0 | 0 |
| | BALDWIN,S | 214 | 183 | 86% | 6 | 16 | 1 | 0 | 0 | 18 | 674 | 28 | 39 | 0 |
| | BALDR,T | 71 | 114 | 161% | 1 | 7 | 0 | 0 | 2 | 12 | 252 | 17 | 37 | 4 |
| | CAMPBELL, A. | 1,570 | 1,586 | 101% | 22 | 334 | 0 | 0 | 0 | 55 | 723 | 40 | 26 | 56 |
| | COUMBE, W. | 1,690 | 1,703 | 101% | 37 | 553 | 0 | 0 | 0 | 0 | 572 | 33 | 31 | 26 |
| | CROSS, D | 1,073 | 1,115 | 104% | 7 | 130 | 0 | 0 | 0 | 60 | 777 | 64 | 60 | 0 |
| | CUPCHAK,K | 224 | 192 | 86% | 13 | 24 | 0 | 0 | 0 | 55 | 950 | 25 | 40 | 16 |
| | DIRAMO, J. | 3,357 | 3,349 | 100% | 28 | 645 | 0 | 0 | 0 | 0 | 900 | 50 | 50 | 4 |
| | DEVENNY,B | 1,560 | 1,625 | 104% | 17 | 324 | 7 | 0 | 0 | 12 | 537 | 42 | 59 | 1 |
| | ESTRADA,M | 961 | 969 | 100% | 14 | 231 | 0 | 0 | 0 | 35 | 786 | 40 | 3 | 22 |
| | FALCONI,D | 1,271 | 1,295 | 102% | 28 | 267 | 3 | 0 | 0 | 0 | 1,178 | 52 | 54 | 13 |
| | GRANROTH,R | 257 | 211 | 82% | 20 | 37 | 2 | 0 | 1 | 37 | 832 | 15 | 47 | 0 |
| | GRIFFIN,T | 1,614 | 1,616 | 100% | 28 | 323 | 0 | 0 | 0 | 80 | 1,538 | 66 | 108 | 2 |
| | GUILLIMIN,N | 1,135 | 1,137 | 100% | 25 | 190 | 0 | 0 | 0 | 66 | 948 | 43 | 80 | 6 |
| | HAYES,E | 934 | 924 | 99% | 17 | 240 | 2 | 1 | 1 | 58 | 831 | 37 | 53 | 81 |
| | HERNANDEZ,A | 90 | 58 | 64% | 10 | 2 | 0 | 0 | 0 | 60 | 700 | 30 | 34 | 0 |
| | HERNANDEZ,S | 1,371 | 1,310 | 96% | 30 | 557 | 0 | 0 | 0 | 114 | 1,396 | 78 | 77 | 0 |
| | IPPOLITO,M | 1,054 | 1,081 | 103% | 12 | 241 | 0 | 0 | 0 | 34 | 525 | 34 | 27 | 0 |
| | MANNING,V | 719 | 696 | 97% | 10 | 182 | 0 | 1 | 1 | 45 | 739 | 40 | 73 | 45 |
| | OLLER,G | 895 | 867 | 97% | 27 | 191 | 1 | 1 | 1 | 75 | 1,252 | 54 | 86 | 0 |
| | RHEIN, J. | 130 | 172 | 132% | 2 | 20 | 0 | 0 | 0 | 33 | 585 | 28 | 17 | 0 |
| | SCHRAMM, K. | 1,458 | 1,434 | 98% | 15 | 234 | 0 | 0 | 0 | 60 | 880 | 55 | 74 | 45 |
| | SHABKAS,J | 26 | 30 | 115% | 0 | 14 | 0 | 0 | 0 | 49 | 676 | 32 | 1 | 0 |
| | SMITH,J | 1,048 | 1,065 | 102% | 8 | 164 | 2 | 1 | 1 | 30 | 515 | 44 | 19 | 14 |
| General Liability | | 21,964 | 21,296 | 97% | 313 | 11,191 | 73 | 1 | 3 | 1,386 | 26,748 | 912 | 10,242 | 159 |
| Professional Liability | | 4,715 | 4,080 | 90% | 102 | 4,309 | 9 | 1 | 3 | 489 | 7,619 | 288 | 5,376 | 608 |
| Property | | 15,454 | 15,501 | 100% | 117 | 2,828 | 12 | 0 | 5 | 542 | 10,890 | 413 | 2,493 | 524 |
| Subro | | 8 | 1 | 100% | 0 | 8 | 0 | 0 | 0 | 113 | 2,408 | 318 | 1 | 0 |
| Unknown | | 1,038 | 1,464 | 141% | 54 | 1,110 | 23 | 0 | 0 | 332 | 8,853 | 337 | 0 | 15 |
| | | 76,697 | 76,319 | 100% | 1,445 | 26,142 | 348 | 0 | 2 | 4,508 | 96,725 | 2065 | 20,742 | 1,470 |

PEND - Files in Open Status
RO - Files in Reopen status
SUITS - Reopen Files where Lawsuit Exists
RSRV - Reserves on File in Open/Reopen Status
OMTD - Open Files Month to Date
CMTD - Closed Files Month to Date
MCR - Month Closing Ratio
OLM - Open Last Month
CLM - Closed Last Month
LMCR - Last Month Closing Ratio
OI2M - Files in Open/Reopen Status for past 12 months

C12M - Files Closed for the past 12 months
MCR12 - Closing Ratio for the past 12 months, **If OLM is 0, then MCR12 assumed it is 1
CWNP - Closed with No Payments last month
CWNP12M - Closed with No Payments in the Past 12 months
IPCO - Initial Policyholder Contact Outstanding
IPCAM - Initial Policyholder Contact Average for month
IPCAM12M - Initial Policyholder Contact Average for 12 months
NTSM - Notes Created by Examiner in the current Month
NTSPRD - Notes Created by Examiner for Previous Day
DIARYOVR - Claims where diary exceed due date
DIARY - Open and ReOpen Diaries

CONFIDENTIAL