# EXHIBIT 3

| Claim Number | Notes | Examiner |
|---|---|---|
| PHCO11020527305 | Rec IA 1st &amp; 2nd report Cause of loss: Ice Dam on the roof causing water damage to the interior. Damage to three units. Bylaws state we will pay for the damaged to the unit except for improvement or betterments are the unit owners. The IA est $14,612.48 less rec dep of $1,134.33Less insd $2,500 deduct = net $10,978.15Insd is in agreement with the ia est. Paying insd. paying ia service invoice. closing file. | Granroth |

| Claim Number | Notes | Examiner |
|---|---|---|
| PINP09120436822 | Reviewed new recovery assignment. Note previous comments and our IA's 12/14/09 email to John Gartling. It does not look like this claim will be very large. However, we do not have a reserve recommendation from our IA yet. I called John to see if he received a response to the email he sent to the IA today but John said he has not. He will let me know when he hears something. Subro investigation / pursuit will depend on the size of the loss. | Smith |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHME09120438867 | Recvd IV appr in the amnt of $1,827.19. Less $1K coll deduct, payment is $827.19. Paid. | Campbell |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHNP11050553413 | recd iv appr total $3462.11 less $1k ded and $260.15 tax = $2201.96 pd INS emailed report  pd appr $120.50 | Falcone |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHNP10120514932 | IV appr est for $ 1,307.15 - $1000 coll deduct = net $307.15  request payment authority | Granroth |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHNP10120514678 | OV est for $729.29 request payment authority | Granroth |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHVS10030454475 | settled file for 8k, forwarded release to attorney for signing | Devenny |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHNP11060561005 | Spoke to attorney advised of 100% settlement acv is $2921.36 less $150 salv if he retains, =$2,771.36 | Falcone |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHFP11050550794 | Called and insured and discussed settlement. E mailed ccc with instructions where to send title. Issued partial pymt | Schramm |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHFP09110430159 | *received supplement from the claimant/appraisal company...scanned to file 299.09 issuing payment to the claimant...per invoice appears the claimant paid for supplement out of pocket | Hayes |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHDY11120603941 | Rec'd appraisal from Advance Appraisal for IV.  Already paid insured based off of appraisal from Greene Company. | Schramm |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHFP11120604282 | Rec'd app for iv in the amt of $1,950.41 less $1000 ded = $950.41. Issued coll pymt. Insured driver stated that he already paid to have cv repaired. The vehicle is being picked up today. He will e mail invoice to me | Schramm |