# EXHIBIT 4

| Claim Number | Notes | Examiner |
|---|---|---|
| PHNP11060559583 | rec'd ack. from IA; appraiser assigned. | Deramo |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHCV12040626172 | IA ASSIGNED; RELIABLE AUTO DAMAGE APPRAISALS. | Deramo |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHBA11020526441 | Spoke to Abraham at [###-###-####]He said that he was driving his Chevy Avalanche and he saw smoke coming from the dash. He pulled over and then the electrical parts shut down and he lost power steering. I asked if he collided with anything or hit anything? No I explained that we will need to send an appraiser to investigate the loss. He asked about rental coverage. I stated that there is $30 per day on the policy but we need to determine if the cause of the loss was from a mechanical issue or if it was from a covered loss. I said that he can get a rental and we can back date the $30 per day if it is a covered loss, but at this time we will need to get more info. One Stop Collision 11232 Vanowen Ave # 3N. Hollywood CA 91605Call Alvo at | Ollek |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHFP11010521737 | Rec'd IV appr: 02' Dodge Caravan, VIN#[######], $6861.85 - TOTAL LOSS There will be additional damage found during repair. NADA is $6775 Will run ACV on vehicle, called and spoke to Rad to advise that IV is a total loss. | Cupchak |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHCA10060474693 | Reviewed new subro assignment. Note previous comments. I called and spoke with our IA, Matt Ernst (cell # [###-###-####]), who just inspected the loss this morning. Matt said that the destruction was pretty much "total" and there is really nothing left but the concrete pilings. He is suggesting total reserves of @ $110K. Matt copied me on an email report with photos to Pat Delia. I am getting subro counsel involved to take a look at everything to see if we have any subro potential with regard to CSST, fire spread and/or any other factors. I emailed the subro assignment to Peter [Last Name] at White &amp; Williams and asked him to have the handling attorney contact Matt and/or our insured to coordinate the subro investigation, including hiring a C&amp;O. I provided | Smith |