# EXHIBIT 5

| Claim Number | Notes | Examiner |
|---|---|---|
| PHNP11050552842 | SPOKE TO INS, KENNEL MGR WAS IN ACCIDENT. DRIVING CIRCLE, IV WAS NOT ABLE TO STOP WHEN OV WAS COMING AROUND. SHE STATED THIS WAS THIER FAULT, DOES NOT WANT TO PURSUE, FOR IV. NO INJURIES | Falcone |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHME11060556417 | CALLED INS, (ivd) LARRY HE IS DIRECTOR. [###-###-#### ]2 WAS STOP HE PULLED OUT AND SAW OV COMING, OV TRIED TO SWERVE, OV DID NOT HAVE A STOP SIGN. HE STATED HIS FAULT | Falcone |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHME11010520897 | PR has no contrib factors for either party. damage confirms what insd said. IV was straight and OV was parked.   IVD says he was traveling along and all of a sudden the OV opend the door and he couldnt stop in time and hit it.   OVD says she pulled over to park, opened the door and grabbed her purse on the seat and was hit denying for ny statute opening door into traffic. | S. Hernandez |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHNP10070481914 | A few minutes ago, received call from Steve Gordon, who proceeded to ask me why he has our written comms. I had to look at the letter, then told him that I have a pen and paper right now, and asked him directly for the ID and number of the unknown witness. He doesn't have it/there is no actual witness. He asked how I would like a lawsuit/I told him we handle that all the time/he utilized vulgarity just before hanging up on me.Then, his mother called and we got into a heated discussion about liabilty and damages. She utilized various verbiage that was inappropriate for business/I had to tell her to get her facts straight/that I had statementized a very credible IV operator and that his version--in tandem with Police Officer Omar Smith-- would stand up m | Coumbe |