# EXHIBIT 6

| Claim Number | Notes | Examiner |
|---|---|---|
| PHRL10010442314 | coverage confirmed for a 2003 Ford Expedition, VIN [####], vehicle # 172 on policy, 1k deductible on collision | Devenny |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHNP10050468053 | coverage confirmed for a 2010 Ford Econoline, VIN [####], vehicle# 78 on policy, 500 deductible on comp | Devenny |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHME10010440711 | CONNECTICUT POLICY AND LOSS. CONFIRMED COVERAGE FOR 2006 FORD WITH VIN [#####] AT $1,000,000 AND $1000 COLL DED. CALLED INSURED AND TALKED WITH MINNIE BLAND. IV DID BUMP A PARKED CAR WITH WHEELCHAIR LIFT. DAMAGE ONLY TO PARKED CAR, AND IT APPEARS AS THOUGH SUBRO MAY BE IN THE WORKS. | Coumbe |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHNP10120518897 | IV cov confirmed. 11 Ford vin...[#####] $1k col ded | Griffin |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHRL11010519431 | Confirm coverage for 2010 Toyota Prius VIN...[####]. $500 comprehensive deductible. Rental reimbursement. | Guillemin |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHHC12010608088 | I called Jeff back and let him know that Donna was fron the Atty office. I let him know that she said that the vehicle thatRowan was driving was a Lexus 300. He said that there is a Lexus on the policy it was added 11/17/2011 and then removed on 12/15/2011. Date of loss was 12/06/2011 so there was coverage. | Manning |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHNP10040463649 | coverage confirmed for 2010 honda vin [####] | A. Hernandez |