# EXHIBIT 7

| Claim Number | Notes | Examiner |
|---|---|---|
| PHCV09070408248 | spoke to DC hold up in filing discovery is due to defendant switching attorneys, discovery date set to begin on 1/31/10, DC advises his will send status in late Feb early March | Devenny |

| Claim Number | Notes | Examiner |
|---|---|---|
| PHCV11020532299 | Contacted defense counsel Brent Estes ([###-###-####]), advised more penalties for failure to pay 1st party claim if 1st party claim not timely handled. Confirmed that P/H indicated that was current on mortgage but defense counsel does not have evidence of P/H payment history of mortgage history. Advised that working under abundance of caution. -Agreed that instead of defending lawsuit that would wait until I/A completes statement and defense counsel has chance to review w/ EUO | Cross |