# EXHIBIT B

# Claims Examiner

As of 2013-05-08

## General Information

| | | | | | |
|---|---|---|---|---|---|
| Profile ID: | 000000002431 | Claims Examiner | | Profile Status: | Active |
| Profile type: | EPERFORMANCE | PHLY Job Profile | | Status Date: | 2010-10-25 |

## Profile Identities

| Profile Identity Option: | Set ID | Key 1 Value | Key 2 Value | Description |
|---|---|---|---|---|
| JOB_CODE | SHARE | 000084 | | Claims Examiner |

## Job Summary

| Content Item ID | Description |
|---|---|
| 00000017173 | Investigate and analyze insurance claims to determine extent of Insurer's obligations. Settle claims with first and third party claimants in accordance with policy provisions and applicable law. |

## Responsibilities

| Content Item ID | Description |
|---|---|
| 00000017174 | Evaluates each claim in light of facts; Affirm or deny coverage; investigate to establish proper reserves; and settles or denies claims in a fair and expeditious manner. |
| 00000017175 | Communicates with all relevant parties and documents communication as well as results of investigation. |
| 00000017176 | Thoroughly understands coverages, policy terms and conditions for broad insurance areas, products or special contracts. |
| 00000017177 | Travel may be required to attend customer service calls, mediations, and other legal proceedings. |

## Competencies

| Content Item ID | Job Competency Title | Description | Target Proficiency |
|---|---|---|---|
| B1080 | Information Capture | Knowledge of the processes and the ability to identify, capture and document relevant business information in an auditable, organized, understandable and easily retrievable manner. | 2 - Working Experience |
| I0250 | Conflict Management | Understanding of how to anticipate, recognize, and deal effectively with existing or potential conflicts at the individual, group, or situation level, ability to apply this understanding appropriately to diverse situations. | 2 - Working Experience |
| I0700 | Decision Making and Critical Thinking | Understanding of the issues related to the decision-making process, ability to analyze situations fully and accurately, and reach productive decisions. | 2 - Working Experience |
| TIN020 | Insurance Legal and Regulatory Environment | Knowledge and understanding of state laws and regulations affecting insurance practices. | 2 - Working Experience |
| TIN510 | Coverage Evaluation | Knowledge of how to locate policy information and interpret policy language as it applies to a specific claim. | 2 - Working Experience |
| TIN520 | Claim Investigation | Knowledge of how to gather necessary | 2 - Working |

MAG-001676

| Content Item ID | Job Competency Title | Description | Target Proficiency |
|---|---|---|---|
| | | information to determine damage, liability, subrogation and other case-specific issues. | Experience |
| TIN530 | Loss Assessment, Evaluation and Reserving | Knowledge of how to estimate the cost of a loss and to reserve that amount for eventual resolution. | 2 - Working Experience |
| TIN540 | Negotiation and Settlement | Knowledge of principles, techniques and practices of negotiation and settlement of claims. | 2 - Working Experience |

MAG-001677

## Mission Statements

| Content Item ID | Description |
|---|---|
| PHLY2010 | PHLY is a team of motivated, high achievers committed to delivering innovative products and unsurpassed service to niche insurance markets. By maintaining a disciplined approach to business, we provide greater security for our policyholders and superior value for our shareholder. We believe that integrity and mutual respect are the foundation of long-term and fulfilling relationships with our employees, customers, and business partners. |

## Corporate Competencies

| Content Item ID | Competency Title | Description | Target Proficiency |
|---|---|---|---|
| GROWTH | Profitability and Growth | Develops new ideas and initiatives that improve the organizations performance. | 2 - Working Experience |
| PEOPLE | People and Culture | Seeks performance feedback and identifies approaches to improve own and others performance and learning. | 2 - Working Experience |
| RISKMGMN | Risk Management | Knowledge of processes, tools and techniques for assessing and controlling an organizations exposure to risks of various kinds, ability to apply this knowledge appropriately to diverse situations. | 1 - Basic Understanding |
| SRVCEXCE | Service Excellence | Knowledge of customer service concepts and techniques, ability to meet or exceed customer needs and expectations and provide excellent service in a direct or indirect manner. | 3 - Extensive Experience |

## Department Mission

| Content Item ID | Description |
|---|---|
| CLAIMS2010 | - Experienced Claims Management Team<br>- Type of Loss Product Technicians<br>- Experienced, Consistent Staff  & Structure<br>- Management Review of Every Claim<br>- Cradle to Grave File Management<br>- Individual File Reserving<br>- Low Examiner Authority Limits<br>- Review Committee for All Lawsuits<br>- Manageable Workloads<br>- Emphasis on Educational Development and Niche Expertise<br>- Managerial Review of All Payments Issued |

## Department Competencies

| Content Item ID | Competency Title | Description | Target Proficiency |
|---|---|---|---|
| ACCURACY | Accuracy/Attention to Detail | Understanding of the necessity and value of accuracy and attention to detail, ability to process information with high levels of accuracy. | 3 - Extensive Experience |
| COMMUNIC | Effective Communications | Understanding of effective communication concepts, tools and techniques, ability to effectively transmit, receive, and accurately interpret ideas, information, and needs through the application of appropriate communication behaviors. | 3 - Extensive Experience |

MAG-001678

| Content Item ID | Competency Title | Description | Target Proficiency |
|---|---|---|---|
| PLANORG | Planning and Organizing | Mobilizes time and resources to get things done. | 2 - Working Experience |

## Job Profile Metrics

| Content Item ID | Competency Title | Description |
|---|---|---|
| CLMQTAUDIT | Quality - Quality Audit Score | Maintain at least 90% on claim audits. |
| CLMQTDIARY | Quantity - Diary | No diary over by the end of each week. |
| CLMQTED | Quantity - AIC Educational Goal | Complete first two parts of AIC in first year. |
| CLMQTNOTES | Quantity - Notes | Minimum of 25 relevant notes per day. |
| CLMQTRATIO | Quantity - Closing Ratio | Meet overall closing ratio goal |
| CLMSSCLMNOTE | Speed of Service - Days Since Last Claim Note | Target of less than 60 days since last claim note. |
| CLMSSCONTACT | Speed of Service - Initiating Policyholder/Claimant Contact | Initiate policyholder/claimant contact within 24 hours of claim receipt. |
| CLMSSTASK | Speed of Service - Addressing Mail/Tasks | Address all mail and tasks within three days of receipt. |

## Performance/Development Goals

| Content Item ID | Competency Title | Description |
|---|---|---|
| EDUCATION | Education/Designation Training | In the comments below, please indicate the educational goals for the performance/development year. |

## Degrees

| Content Item ID | Description |
|---|---|

** End of report **

MAG-001679

# Sr. Claims Examiner

As of 2013-01-24

## General Information

| | | | | |
|---|---|---|---|---|
| Profile ID: | 000000003746 | Sr. Claims Examiner | Profile Status: | Active |
| Profile type: | EPERFORMANCE | PHLY Job Profile | Status Date: | 2010-10-25 |

## Profile Identities

| Profile Identity Option: | Set ID | Key 1 Value | Key 2 Value | Description |
|---|---|---|---|---|
| JOB_CODE | SHARE | 000110 | | Sr. Claims Examiner |

## Job Summary

| Content Item ID | Description |
|---|---|
| 00000017178 | Analyze insurance claims to determine extent of Insurer's obligations.  Settle claims with first and third party claimants in accordance with policy provisions and applicable law. |

## Responsibilities

| Content Item ID | Description |
|---|---|
| 00000017179 | Evaluates each claim in light of facts; Affirm or deny coverage; investigate to establish proper reserves; and settles or denies claims in a fair and expeditious manner. |
| 00000017180 | Communicates with all relevant parties and documents communication as well as results of investigation. |
| 00000017181 | Thoroughly understands coverages, policy terms and conditions for broad insurance areas, products or special contracts. |
| 00000017182 | Travel is required to attend customer service calls, mediations, and other legal proceedings. |

## Competencies

| Content Item ID | Job Competency Title | Description | Target Proficiency |
|---|---|---|---|
| I0250 | Conflict Management | Understanding of how to anticipate, recognize, and deal effectively with existing or potential conflicts at the individual, group, or situation level, ability to apply this understanding appropriately to diverse situations. | 3 - Extensive Experience |
| I0700 | Decision Making and Critical Thinking | Understanding of the issues related to the decision-making process, ability to analyze situations fully and accurately, and reach productive decisions. | 3 - Extensive Experience |
| TIN020 | Insurance Legal and Regulatory Environment | Knowledge and understanding of state laws and regulations affecting insurance practices. | 3 - Extensive Experience |
| TIN500 | KNOWLEDGE OF CLAIMS | Knowledge of the full spectrum of activities, practices, tools, and considerations for managing the claims adjustment process. | 3 - Extensive Experience |
| TIN510 | Coverage Evaluation | Knowledge of how to locate policy information and interpret policy language as it applies to a specific claim. | 3 - Extensive Experience |
| TIN520 | Claim Investigation | Knowledge of how to gather necessary information to determine damage, liability, subrogation and other case-specific issues. | 3 - Extensive Experience |

MAG-001680

| Content Item ID | Job Competency Title | Description | Target Proficiency |
|---|---|---|---|
| TIN530 | Loss Assessment, Evaluation and Reserving | Knowledge of how to estimate the cost of a loss and to reserve that amount for eventual resolution. | 3 - Extensive Experience |
| TIN540 | Negotiation and Settlement | Knowledge of principles, techniques and practices of negotiation and settlement of claims. | 3 - Extensive Experience |

MAG-001681

## Mission Statements

| Content Item ID | Description |
|---|---|
| PHLY2010 | PHLY is a team of motivated, high achievers committed to delivering innovative products and unsurpassed service to niche insurance markets. By maintaining a disciplined approach to business, we provide greater security for our policyholders and superior value for our shareholder. We believe that integrity and mutual respect are the foundation of long-term and fulfilling relationships with our employees, customers, and business partners. |

## Corporate Competencies

| Content Item ID | Competency Title | Description | Target Proficiency |
|---|---|---|---|
| GROWTH | Profitability and Growth | Develops new ideas and initiatives that improve the organizations performance. | 2 - Working Experience |
| PEOPLE | People and Culture | Seeks performance feedback and identifies approaches to improve own and others performance and learning. | 2 - Working Experience |
| RISKMGMN | Risk Management | Knowledge of processes, tools and techniques for assessing and controlling an organizations exposure to risks of various kinds, ability to apply this knowledge appropriately to diverse situations. | 1 - Basic Understanding |
| SRVCEXCE | Service Excellence | Knowledge of customer service concepts and techniques, ability to meet or exceed customer needs and expectations and provide excellent service in a direct or indirect manner. | 3 - Extensive Experience |

## Department Mission

| Content Item ID | Description |
|---|---|
| CLAIMS2010 | - Experienced Claims Management Team<br>- Type of Loss Product Technicians<br>- Experienced, Consistent Staff  & Structure<br>- Management Review of Every Claim<br>- Cradle to Grave File Management<br>- Individual File Reserving<br>- Low Examiner Authority Limits<br>- Review Committee for All Lawsuits<br>- Manageable Workloads<br>- Emphasis on Educational Development and Niche Expertise<br>- Managerial Review of All Payments Issued |

## Department Competencies

| Content Item ID | Competency Title | Description | Target Proficiency |
|---|---|---|---|
| ACCURACY | Accuracy/Attention to Detail | Understanding of the necessity and value of accuracy and attention to detail, ability to process information with high levels of accuracy. | 3 - Extensive Experience |
| COMMUNIC | Effective Communications | Understanding of effective communication concepts, tools and techniques, ability to effectively transmit, receive, and accurately interpret ideas, information, and needs through the application of appropriate communication behaviors. | 3 - Extensive Experience |

MAG-001682

| Content Item ID | Competency Title | Description | Target Proficiency |
|---|---|---|---|
| PLANORG | Planning and Organizing | Mobilizes time and resources to get things done. | 1 - Basic Understanding |

## Job Profile Metrics

| Content Item ID | Competency Title | Description |
|---|---|---|
| CLMQTAUDIT | Quality - Quality Audit Score | Maintain at least 90% on claim audits. |
| CLMQTDIARY | Quantity - Diary | No diary over by the end of each week. |
| CLMQTED | Quantity - AIC Educational Goal | Complete first two parts of AIC in first year. |
| CLMQTNOTES | Quantity - Notes | Minimum of 25 relevant notes per day. |
| CLMQTRATIO | Quantity - Closing Ratio | Meet overall closing ratio goal |
| CLMSSCLMNOTE | Speed of Service - Days Since Last Claim Note | Target of less than 60 days since last claim note. |
| CLMSSCONTACT | Speed of Service - Initiating Policyholder/Claimant Contact | Initiate policyholder/claimant contact within 24 hours of claim receipt. |
| CLMSSTASK | Speed of Service - Addressing Mail/Tasks | Address all mail and tasks within three days of receipt. |

## Performance/Development Goals

| Content Item ID | Competency Title | Description |
|---|---|---|
| EDUCATION | Education/Designation Training | In the comments below, please indicate the educational goals for the performance/development year. |

## Degrees

| Content Item ID | Description |
|---|---|
| | |

** End of report **

MAG-001683