IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL ESTRADA, INDIVIDUALLY | : | CIVIL ACTION |
| AND ON BEHALF OF OTHERS | : | |
| SIMILARLY SITUATED | : | |
| | : | |
| v. | : | NO. 12-604 |
| | : | |
| MAGUIRE INSURANCE AGENCY, INC. | : | |

## ORDER

**AND NOW,** this 28th day of February, 2014, upon consideration of "Plaintiff's Second Motion for Conditional Class Certification and Judicial Notice and Brief in Support" (Doc. No. 36), "Defendant Maguire Insurance Agency, Inc.'s Motion for Summary Judgment" (Doc. No. 38), "Plaintiff's Motion for Summary Judgment and Brief in Support" (Doc. No. 39), the responses and replies thereto, the supplemental briefing filed on behalf of both parties, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

— Defendant's motion for summary judgment is **GRANTED**;

— Judgment is entered in favor of Defendant;

— Plaintiff's motion for summary judgment is **DENIED**;

— Plaintiff's second motion for conditional certification is **DENIED** as moot; and

— The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**